UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
P. KRISTEN BENNETT,

                            Plaintiff,

                  -v-                                    22 Civ. 10575 (JPC)

                                                     ORDER
MPOWERD, INC.,

                         Defendant.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 2, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkts. 6. Defendant's deadline to respond to the Complaint was therefore February 23, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until March 3, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by March 10, 2023.

      SO ORDERED.

Dated: February 24, 2023
       New York, New York

                                                    JOHN P. CRONAN
                                                United States District Judge